ROYAL EXCHANGE ASSURANCE, a Corporation, Appellant, v. Fred O'BRIEN et al., Appellees.

No. 10746.

Circuit Court of Appeals, Ninth Circuit.

April 24, 1944.

David Livingston, of San Francisco, Cal., and Stanley M. Arndt, of Los Angeles, Cal., for appellant.

Swaffield, Swaffield & Madden, of Long Beach, Cal., for appellees.

Before GARRECHT and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal in this cause be dismissed, with

prejudice, and without costs to any party, that a judgment be filed and entered accordingly and that the mandate of this Court in this cause issue forthwith.